NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARDIOSOM, L.L.C.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5109

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-533, Judge Lawrence M. Baskir.

---

**ON MOTION**

---

## ORDER

CardioSom, L.L.C. moves for an 80-day extension of time, until December 2, 2010, to file its principal brief. CardioSom states that the United States consents.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**AUG 1 6 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jerry Stouck, Esq.
     Anuj Vohra, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 6 2010**

**JAN HORBALY**
**CLERK**